cuit Court of Appeals for the Fifth Circuit denied. *Mr. Miller Walton* for petitioner. *Mr. John D. Kennedy* for respondent.

No. 259. PARKENING *v.* ARNOLD. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Irl D. Brett* for petitioner.

No. 262. CAPITOL NOVELTY CO., LTD. *v.* EVATT, TAX COMMISSIONER. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Arthur L. Rowe* for petitioner. *Mr. Aubrey A. Wendt* for respondent.

No. 264. LADIN *v.* HURWITH ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. David M. Palley* for petitioner. *Mr. Robert K. Bell* for Hurwith et al., and *Acting Solicitor General Judson* and *Mr. Roger S. Foster* for the Securities & Exchange Commission, respondents.

No. 265. EVANS *v.* EVANS. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Joseph T. Sherier* for petitioner.

No. 266. LANDRY *v.* MUTUAL LIFE INSURANCE CO. OF NEW YORK. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Homer Hendricks* for petitioner. *Mr. Rich-*